THE STATE EX REL. SPINKS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Spinks v. Indus. Comm.* (1999), 85 Ohio St.3d 377.]

(No. 98–1444—Submitted February 23, 1999—Decided April 28, 1999.)

*Philip J. Fulton & Associates* and *William A. Thorman III*, for appellant.

*Betty D. Montgomery*, Attorney General, *Gerald H. Waterman* and *Cheryl J. Nester*, Assistant Attorneys General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

ALICE ROBIE RESNICK, J., dissenting.  I would reverse the judgment of the court of appeals.

DOUGLAS and PFEIFER, JJ., concur in the foregoing dissenting opinion.